

**RECEIVED**
Jan 10, 2008
JAN 10 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KUWANDIS DAVIS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

KENNETH CALDWELL

08CV 230
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.  Name: KUWANDIS DAVIS

    B.  Date of Birth: 01-20-1973

    C.  List all aliases: John L. Ivy

    D.  Prisoner identification number: 18880-424

    E.  Place of present confinement: F.C.I

    F.  Address: P.O. Box 1000 Milan Michigan 48160

    (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: KENNETH CALDWELL

        Title: Real Estate Investor

        Place of Employment: 671 W. Wayman Chgo, Ill Nasboke1    6 Cascade Pointe Atlanta Georgia 30331

    B.  Defendant: _____

        Title: _____

        Place of Employment: _____

    C.  Defendant: _____

        Title: _____

        Place of Employment: _____

    (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Kuwandis D. Davis v. Matthew L. Mahoney    07C6278_

B. Approximate date of filing lawsuit: _November 1st 2006_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _Matthew L. Mahoney_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _Nye Derghian_

G. Basic claim made: _Return of Monies Owed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Yes_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On April 23, 2007 a fraudulent deed was recorded in the name Kenneth Caldwell which was prepared by Kenneth Caldwell and/or one of his associates not by John. E. Partelow, Esq. which I know as client of his he didn't prepare the document. I never appeared before the notary in question Bridgett Weatherly at all I've been incarcerated since July 27 2006 which makes it impossible to have done this. I first recognized this on the information provided to me by Cook County Recorder of Deeds Rep around the 26th of October 2007 I immediately contacted parties in question pertaining this matter most importantly Metropolitan Bank who lended Kenneth Caldwell 120,000.00 on a building in which obtained ownership illegally through a fraudulent deed I awared them that I was filing a lawsuit to litigate the matter. I awared the defendant of my intentions and I asked him to voluntarily act in cessation to remove himself from the situation because he didn't have a right to do what he did I didn't get a response. This act of fraud

4

stemmed from a felled business proposition on or about March 30, 2007 to manage real estate owned by plaintiff (Kuwamois Davis. The defendant took upon himself to commit this act of fraud and/or his associates to defraud the bank out of 120,000.00 knowing he didn't own the property in question 2. The defendant placed himself on another piece of property owned by defendant through a fraudulent deed as well being the plaintiff never appeared before a notary and never signed anything to substantiate his reasons for doing this. The only way you can obtain ownership is through a notarized signature which is impossible due to my situation being incarcerated according to the sworn statement given by the notary in question it didn't happen there are no records of this anywhere! Due to this act of fraud of a lawsuit was filed on Oct 24, 2007 against the plaintiff and property located at 7040 S. Emerald Chgo, IL 60621 which I could've resolved if it wasn't for a title issue that shouldn't have existed I couldn't get proper financing because of the fraud issue. This particular problem was alledgely solved on the 15th of August 2007 according to a statement given to Todd McKechnie in which the defendant lied U.S. probation officer Todd McKechnie when he conducted an interview with the defendant about real estate managed

Through Him and Company Cas real estate Services that when I learned of Him placing himself on title illegally. I stated That He returned property Back to plaintiff and parties involved with plaintiff. This was Done without my Knowledge. it became Apparent to me when I Discovered it on my P.S.I. on or About the 6th of September 2007 it was Never Done. I Found out when I was inquiring About a loan to settle Some Debts to relieve pressure Applied by Creditors Due to Mismanagement of property That He was still on title. From the Day of Me Knowing which was on or About the 6th of October 2007 The issue led Me to check title on Another property I own in claim one. I own 3510 W. Ogden Chgo, IL 60623 on or About The 20th of October 2007 That's when I Discovered Fraud was committed. the plaintiffs current Situation prohibited Him From Settling matters in a timely matter which only exists Because of the Actions of the Defendant and Currently Exists. These Turn of events Have Disrupted my Children's lives. it makes it harder For them to Function During my stay away From Them Causing unneccessary Pain and Suffering! None of This Would'nt possible Had it not been For the Counterfeit Notarization of Documents And Signatures

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

IMMEDIATELY REMOVE HIM FROM BOTH TITLES IMMEDIATELY HOLD HIM RESPONSIBLE FOR LOAN TAKEN OUT OF ON PROPERTY 120,000.00 AND GRANT ME A RECIEVER OF MY CHOICE TO MANAGE BOTH PROPERTIES IN QUESTION IF COURT DEEMS APPROPRIATE IN THIS MATTER 300,000 DOLLARS FOR PAIN SUFFERING CAUSED BY THIS INCIDENT AND IN THE EVENT OF CRIMINAL PROSECUTION HOLD ME HARMLESS OF ANY ACTIVITY AND GRANT A STAY IN JUDGEMENT IN CASE # CH 24 987 UNTIL MATTER IS RESOLVED ALSO GRANTING ME TIME TO SETTLE IT AMICABLY.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of January, 20 08

_Kuwandis Davis_
(Signature of plaintiff or plaintiffs)

KUWANDIS DAVIS
(Print name)

18880-424
(I.D. Number)

Federal Correctional Institution Box 1000
Milan, Michigan 48160
(Address)

6

Revised 5/2007