**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** KUWANDIS DAVIS

**Defendant(s):** KENNETH CALDWELL

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Kuwandis Davis
#18880-424
Milan - FCI
P.O. Box 1000
Milan, MI 48160

**Defendant's Attorney:**

FILED
JAN 10 2008
JAN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV 230
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *A. E. Woodham*    **Date:** 1/10/2008