AO 240 (Rev. 9/96)

JAN 17 2008   **FILED**

# UNITED STATES DISTRICT COURT

JAN 17 2008  *aew*

__Northern District__ District of __Illinois__

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

__Kuwanois Davis__
Plaintiff

v.

__Kenneth Caldwell__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __08 C 230__

I, __Kuwandis Davis__, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Milan, Michigan, F.C.F. Box 1000, 48160__

   Are you employed at the institution? __Yes__   Do you receive any payment from the __30 a month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☒ Yes   ☐ No
   f. Any other sources                               ☐ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash, or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value. I HAVE PROPERTY IN WHICH I'M TRYING TO SAVE FROM A FORECLOSURE LAWSUIT DUE TO MISMANAGEMENT AND FRAUD I DON'T HAVE ANY MONEY RIGHT NOW THE MONEY IN MY INMATE TRUST FUND I'M USING WHATEVER AMOUNT IS NECESSARY TO FINISH PAYING MRS. DAMITA BUFFINGTON ATTORNEY AT LAW THAT WAS WORKING ON A DEBT RELIEF CHAPTER 13 SHE CAN BE REACHED AT 773-667-0280 IF NEEDED ALSO TO GIVE TO THE BANK TO ASSIST IN REPAYMENT THE VALUE FOR 7040 S. EMERALD IS 415,000 AND 3530-54 W. OGDEN 300,000.00

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. KELIS DAVIS (DAUGHTER) KENNEDY DAVIS (DAUGHTER) KEAWANNA STREETER (DAUGHTER) TATIANA STREETER (DAUGHTER) LATASHIA MEANS (COMMON LAW WIFE) I'VE TAKEN CARE OF THEM THROUGHOUT THE ENTIRE LIFE TOTALLY WITH MINIMAL ASSISTANCE FROM THEIR MOTHERS DUE TO MY POSITION AS A FATHER UP UNTIL FOUR MONTHS AGO WHEN FINANCIAL HARDSHIPS HIT AND DUE TO AN ALL TIME LOW IN CURRENCY RIGHT NOW I CAN'T DO ANYTHING

I declare under penalty of perjury that the above information is true and correct.

January 02, 2008
Date

_____
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

January, 13, 2008

I'd left two pieces of important papers in my folder that needed to go with the suit that I sent Kuwanis Davis v. Kenneth Caldwell please accept this I didn't know it was left out until I cleaned my folder out

Thank you

January, 13, 2008

I'm not sure if I had sent the application to proceed without payment. I had two of them in the event I didn't. Here it is.

Thank you.

Kuwondu Davis

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 18880424 | Current Institution: | Milan FCI |
| Inmate Name: | DAVIS, KUWADIS | Housing Unit: | MIL-C-A |
| Report Date: | 12/23/2007 | Living Quarters: | C01-111U |
| Report Time: | 9:03:46 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0867 |
| PAC #: | 314004183 |
| FRP Participation Status: | Unassigned |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 11/6/2007 |
| Local Account Activation Date: | 12/19/2007 3:19:30 AM |
| Sort Codes: | |
| Last Account Update: | 12/22/2007 10:33:41 PM |
| Account Status: | Active |
| Phone Balance: | $0.11 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $1,568.39 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1,568.39 |
| National 6 Months Deposits: | $1,905.04 |
| National 6 Months Withdrawals: | $338.40 |
| National 6 Months Avg Daily Balance: | $1,146.02 |
| Local Max. Balance - Prev. 30 Days: | $1,817.84 |
| Average Balance - Prev. 30 Days: | $1,807.37 |