## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 230 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Kuwandis Davis (#18880-424) vs. Kenneth Caldwell | | |

**DOCKET ENTRY TEXT**

On January 28, 2008, we denied Plaintiff Kuwandis Davis' ("Davis") motion for leave to proceed *in forma pauperis*. We also gave Davis until February 14, 2008, to pay the filing fee in this action. We warned Davis that failure to pay the filing fee by February 14, 2008, would result in the dismissal of this action. The deadline has passed and the docket does not reflect that Davis has paid the filing fee. Therefore, we dismiss the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|