Kuwandis Davis V. Kenneth Calowell Case# 08C0230

FILED
FEB 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Feb 15, 2008

Feb, 11

I have a copy of a Certified Document the Deed that was recorded that shows the Frovdulent Activity of the Case. It Shows the forgery and perjured Statement given by the Notary public. I don't have an address or even know of an attorney of record for the Defendant. Am I still allowed to send the Document to support my Claim. Also I'd like to file a motion for a Stay on the State issue on the suit until we get the matter. Could you Send some motion forms So I can do So

thank you

Kuwandis Davis