Kuwandis Davis V. Kenneth Cadwell Case# 08C0230

I have a document I'd like to submit to the Court to support my claim but I'm unable to locate an attorney of record for the Defendant thus far. If you have any information could you kindly send it. I want to stay consistent with the procedures of the Courts.

Thank you

Kuwandis Davis

FILED
FEB 2 2 2008 MB
Feb 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT