FILED MHN

FEB 2 9 2008
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwanis Davis v. Kenneth Caldwell 080230
Judge Samuel Der Yeghiayan

I recieved a letter today dismissing the case I never recieved notice of this particular ruling I'd written the courts almost two weeks ago requesting information about the case and to this date I haven't recieved anything. I ask the court to grant me a stay to give me the allotted time to get the money there it takes approxiamately 3-4 weeks when you make requests through the Bureau of Prisons payment voucher had I known of this I would've have to payments processed at the same time Thank you.

I will send money as soon as its approved by the court to do so I've always followed all instructions

Kuwanis Davis